UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-05592 JAK (Ex) | Date | February 28, 2019 |
|---|---|---|---|
| Title | Jose Mendez v. BMCPHO, Inc., et al. | | |

Present: The Honorable        JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION (DKT. 27)   JS-6**

An Order to Show Cause re Dismissal was filed on February 19, 2019, ordering Plaintiff either to: (i) respond in writing no later than February 26, 2019 as to why the matter should not be dismissed for lack of prosecution; or (ii) file an application for the entry of default as to Defendant Golden Yield, Ltd. There has been no response filed to the Order to Show Cause, nor has an application been filed as to Golden Yield, Ltd. Accordingly, the Court orders this case **DISMISSED** for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

                                                                    :
                                          Initials of Preparer    ak